STATE OF CONNECTICUT *v.* WILMANN JEUDIS

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 787 (AC 20621), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*James M. Fox*, special public defender, in support of the petition.

*Paul J. Narducci*, assistant state's attorney, in opposition.

Decided May 30, 2001

STATE OF CONNECTICUT *v.* DARRYL BELTON

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 698 (AC 20656), is denied.

VERTEFEUILLE and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*Thomas M. Conroy*, in support of the petition.

*Toni M. Smith-Rosario*, assistant state's attorney, in opposition.

Decided May 30, 2001

STATE OF CONNECTICUT *v.* ANGEL TORO

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 635 (AC 20726), is denied.

*William B. Westcott*, special public defender, in support of the petition.